IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHRISTY HILES, et al.
    Plaintiffs,

v.

INOVERIS, LLC, et al.
    Defendants.

Case No. 2:09-cv-53

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE NORAH MCCANN KING

## ORDER

This matter is before the Court on Plaintiffs' motion (Doc. 38) to withdraw their amended motion for class certification and other relief (Doc. 37). Plaintiffs have represented to the Court that the parties have reached a complete settlement agreement and anticipate filing a joint motion to approve the settlement agreement and settlement class within the next 30 days. Defendants have represented to the Court that they do not object to the withdrawal of the amended motion.

The Court hereby **GRANTS** Plaintiff's motion (Doc. 38) and **ORDERS** that Plaintiff's amended motion for class certification and other relief (Doc. 37) shall be **WITHDRAWN**. The Court further **ORDERS** that the parties shall file a joint motion to approve the settlement class within the next 30 days so that this matter may proceed in a manner consistent with Federal Rule 23(e).

**IT IS SO ORDERED.**

1-4-2010
**DATED**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**