IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTY HILES, et al.**

    **Plaintiffs,**

v.

**INOVERIS, LLC, et al.**

    **Defendants.**

Case No. 2:09-cv-53

**JUDGE EDMUND A. SARGUS, JR.**

**MAGISTRATE JUDGE E. A. PRESTON DEAVERS**

## ORDER

As no objections have been filed, the Court hereby **ADOPTS** the well-reasoned Report and Recommendation of the Magistrate Judge (Doc. 50), and hereby **ORDERS** that:

A. The Joint Motion is hereby **GRANTED**.

B. The Settlement Agreement is found to be fair, reasonable, and equitable and is hereby **APPROVED** in all respects.

C. A class is hereby **CERTIFIED**, for settlement purposes only, comprised of all persons who worked at or reported to Defendant Inoveris' Dublin, Ohio facility and were terminated without cause on or about December 6, 2008 through April 3, 2009, and who are affected employees, within the meaning of 29 U.S.C. § 2101(a)(5), who did not file a timely request to opt-out of the class, and who have not otherwise released their claims. Members of the Settlement Class are identified on Exhibit 1 of the Magistrate Judge's Report and Recommendation.

D. The law firms of Lankenau & Miller LLP and The Gardner Firm, P.C. are hereby **APPOINTED**, for settlement purposes only, as counsel for the Class.

E. This Court hereby retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

4-29-2010
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**